# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Jenny Bibiana Forero, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00006-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2015 Order.

December 16, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court